**Edward R. WHITTINGTON, Plaintiff–Appellant,**

v.

**KING COUNTY DEPARTMENT OF CORRECTIONS; et al., Defendants–Appellees.**

No. 07–35014.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Jan. 15, 2009.

Edward R. Whittington, Airway Heights, WA, pro se.

John F. McHale, Esq., King County Prosecuting Attorney's Office Civil Division/Tort Section, Seattle, WA, for Defendants–Appellees.

Before WALLACE, TROTT and RYMER, Circuit Judges.

MEMORANDUM **

Edward R. Whittington appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action challenging his conditions of confinement at King County Jail. We have jurisdiction pursuant to 28 U.S.C. § 1291. Our review is de novo. *Hutchinson v. United States,* 838 F.2d 390, 392 (9th Cir.1988). We affirm.

Whittington failed to raise a genuine issue of material fact as to whether unsanitary conditions in the jail caused the staph infections he contracted. *See Van Ort v. Estate of Stanewich,* 92 F.3d 831, 837 (9th Cir.1996) (the policy or custom must be the proximate cause of the section 1983 injury).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.